IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIANE E. WILSON, in her )
capacity as administrator of )
the estate of Richard Vance )
Wilson, Sr., and DIANE E. )
WILSON, as the surviving spouse) CASE NO. CV415-048
of Richard Vance Wilson, Sr., )
in her individual capacity and )
on behalf of Jennifer West, )
Richard Vance Wilson, Jr., and )
Donald Wilson, )
)
    Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA and )
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
)
    Defendant. )
_____)
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
)
    Cross-claimant, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
    Cross-defendant, )
_____)

## O R D E R

Before the Court is the parties' Joint Stipulation of Partial Dismissal. (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed

by all parties who have appeared." As requested by the parties, Plaintiff's claims against State Farm Mutual Automobile Insurance Company are **DISMISSED WITH PREJUDICE**. State Farm Mutual Automobile Insurance Company's cross-claims against the United States are **DISMISSED WITHOUT PREJUDICE**. All parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to terminate State Farm Mutual Automobile Insurance Company from this case.

SO ORDERED this 28th day of August 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA