FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY 11 PM 1:00

CLERK  OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIANE E. WILSON, In her capacity )
as Administrator of the Estate of )
Richard Vance Wilson, Sr.; and )
Diane E. Wilson, the surviving )
spouse of Richard Vance Wilson, )
Sr., in her individual capacity )
and on behalf of Jennifer West, ) CASE NO. CV415-048
Richard Vance Wilson, Jr., and )
Donald Wilson, )
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　　)
United States of America, )
　　　　　　　　　　　　　　　　　)
　　　　Defendant. )

## O R D E R

Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice. (Doc. 42.) The parties have also filed Stipulation for Compromise Settlement and Release Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 which has been signed by all parties involved. (Doc. 43.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." After review of the record and as requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA